**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>MARGARET M. SIMMONDS | **Chapter 13** |
| **Debtor** | **Bankruptcy No.** 22-11292-AMC |

# **O R D E R**

**AND NOW**, this \_\_\_\_30th\_\_\_\_\_ day of \_\_\_\_August_____, 202 2, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
JEFFERY S NOWAK
95 ALMSHOUSE RD
SUITE 305
RICHBORO, PA 18954-

Debtor:
MARGARET M. SIMMONDS

721 14TH AVE

PROSPECT PARK, PA 19076-1103