United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Margaret M. Simmonds  
    Debtor

Case No. 22-11292-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 31, 2022 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Margaret M. Simmonds, 721 14th Ave, Prospect Park, PA 19076-1103 |
| cr | + | Provident Funding Associates, LP, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14694300 | + | Christopher Denardo, Esq., Shapiro & Denardo , LLC, 3600 Horizon Dr # 150,, King of Prussia, PA 19406-4702 |
| 14693515 | + | Provident Funding Associates, LP, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14711885 | + | US Bank Trust National Association, Not In Its Ind, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14711539 | + | US Bank Trust National Association, as Trustee, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14696412 | | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 31 2022 23:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 31 2022 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 31 2022 23:57:40 | BMO Harris Bank N.A., c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14714493 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 01 2022 00:08:07 | BMO Harris Bank N.A., AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14694293 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 31 2022 23:57:31 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14694294 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 01 2022 00:08:13 | Citibank, Attn: Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14694295 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 01 2022 00:08:13 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 14694296 | | Email/Text: mrdiscen@discover.com | Aug 31 2022 23:56:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14696163 | | Email/Text: mrdiscen@discover.com | Aug 31 2022 23:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14694297 | | Email/Text: mrdiscen@discover.com | Aug 31 2022 23:56:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14694298 | | Email/Text: ECF@fayservicing.com | Aug 31 2022 23:56:00 | Fay Servicing LLC, Attn: Bankruptcy Dept, PO Box 809441, Chicago, IL 60680-9441 |
| 14694299 | + | Email/Text: ECF@fayservicing.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 31, 2022 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 31 2022 23:56:00 | Fayfinancial, 1601 Lyndon B Johnson Fwy, Farmers Branch, TX 75234-6512 |
| 14693160 | | Email/Text: BankruptcyECFMail@mccalla.com | Aug 31 2022 23:56:00 | US Bank Trust National Association, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14694301 | | Email/Text: bknotifications@provident.com | Aug 31 2022 23:57:00 | Provident Funding Asso, 1235 N Dutton Ave Ste E, Santa Rosa, CA 95401-4666 |
| 14694017 | + | Email/Text: bknotifications@provident.com | Aug 31 2022 23:57:00 | Provident Funding Associates, L.P., 1235 N. Dutton Ave, Suite E, Santa Rosa, CA 95401-4666 |
| 14711539 | ^ | MEBN | Aug 31 2022 23:55:33 | US Bank Trust National Association, as Trustee, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14707632 | ^ | MEBN | Aug 31 2022 23:55:23 | US Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14694302 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 01 2022 00:08:13 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 14694303 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 01 2022 00:08:08 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A Fl 3, Des Moines, IA 50301 |
| 14694304 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 01 2022 00:08:08 | Wells Fargo Bank Nv NA, PO Box 10335, Des Moines, IA 50306-0335 |
| 14693988 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 01 2022 00:08:08 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14700180 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 01 2022 00:08:13 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14694305 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 01 2022 00:08:08 | Wells Fargo Mortgage, Att: Written Correspondence Dept, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | US Bank Trust National Association |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2022          Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor WELLS FARGO BANK N.A. amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DANIEL P. JONES | on behalf of Creditor Provident Funding Associates LP djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| JEFFERY S NOWAK | on behalf of Debtor Margaret M. Simmonds jefnwk@comcast.net lonza29@comcast.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| STEVEN K. EISENBERG | on behalf of Creditor Provident Funding Associates LP seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                          **Chapter 13**
MARGARET M. SIMMONDS

                     Debtor           Bankruptcy No. 22-11292-AMC

# O R D E R

    **AND NOW**, this ___30th___ day of ___August___, 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

                                                         _____
                                                         Honorable Ashely M. Chan
                                                         Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
JEFFERY S NOWAK
95 ALMSHOUSE RD
SUITE 305
RICHBORO, PA 18954-

Debtor:
MARGARET M. SIMMONDS

721 14TH AVE

PROSPECT PARK, PA 19076-1103